IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01189-MSK-CBS

LORI K. LEWIS,
    Plaintiff,
v.

CHASE BANK,
APRIL BATISTA (Vice President Banking Center Manager, Consumer Banking),
ANNAMARIE H. BONGIOVANNI (Licensed Personal Banker Officer), and
JOHN DOE(S),
    Defendants.

---

ORDER

---

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Plaintiff Ms. Lewis' tendered second Amended Complaint (filed August 27, 2012) (Doc. # 22).  Pursuant to the Order of Reference dated July 13, 2012 (Doc. # 14), this matter was referred to the Magistrate Judge.  The court has reviewed the tendered second Amended Complaint, the entire case file, and the applicable law and is sufficiently advised in the premises.

    Ms. Lewis tendered her second Amended Complaint without filing a motion seeking leave of court to file an amended pleading.  (*See* Complaint (Doc. # 1); Amended Complaint (Doc. # 9); second Amended Complaint (Doc. # 22)).  Pursuant to Fed. R. Civ. P. 15(a)(1), a "party may amend its "pleading once as a matter of course within: (A) 21 days after serving it, or (B) if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), *whichever is earlier*." (Emphasis added).  "In all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave." Fed. R. Civ. P. 15(a)(2).

1

Here, Ms. Lewis has already once amended her Complaint. (*See* Amended Complaint (Doc. # 9)). More than 21 days has passed since Ms. Lewis' original Complaint was served on the Defendants. (*See, e.g.,* Doc. # 16). If Ms. Lewis seeks to again amend her original Complaint, she must file with the court a motion for leave to amend, explain why she is seeking to amend her Amended Complaint, explain why she has named each Defendant, and attach a copy of a proposed Second Amended Complaint. The court will strike Ms. Lewis' tendered second Amended Complaint that was filed without permission.

Accordingly, IT IS ORDERED that Ms. Lewis' tendered second Amended Complaint (filed August 22, 2012) (Doc. # 22) is STRICKEN.

DATED at Denver, Colorado this 27th day of August, 2012.

BY THE COURT:

s/ Craig B. Shaffer
United States Magistrate Judge