IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 12-cv-01189-MSK-CBS

LORI K. LEWIS,

    Plaintiff,

v.

CHASE BANK;
APRIL BATISTA, Vice President Banking Center Manager, Consumer Banking;
ANNAMARIE H BONGIOVANNI, Licensed Personal Banker Officer;
JOHN DOE(S),

    Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE AND TO CLOSE CASE

THIS MATTER is before the Court on the Motion to Dismiss Civil Action No: 12-cv-01189-MSK-CBS Without Prejudice (Motion) **(#32)** filed September 7, 2012.  The Court having reviewed the foregoing:

**ORDERS** that the Motion is **GRANTED** and all claims asserted in the above-captioned matter are dismissed without prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action.  The Clerk shall close this case.

DATED this 10th day of September, 2012.

                      **BY THE COURT:**

                      *Marcia S. Krieger*
                      _____

                      Marcia S. Krieger
                      United States District Judge